PELL <i>vs.</i> LOVETT.

Counts in covenant and assumpsit cannot be joined in the same action.
A misjoinder of counts is fatal on a writ of error, as well as on demurrer.

ERROR from the New-York C. P.   Lovett sued Pell in the court below·   The first count of the declaration was in *covenant,* to which were added several counts in *assumpsit.*   Plea to the first count, *non est factum,* and to the subsequent counts, *non assumpsit.*   There was a verdict and judgment for the plaintiff on both issues, and Pell now brings error.

*J. Law,* for plaintiff in error·

*P. A. Cowdrey,* for defendant in error.

*By the Court,* BRONSON, J. It has been often said that counts in *covenant* cannot be joined with counts in *assumpsit;* 1 Chit. Pl. 199 ; Tidd Pr. 10, 11 ; and if there be no adjudged case upon the precise point, it is because no one has ever before ventured on the experiment of declaring in this manner. That a misjoinder of counts is fatal on a writ of error as well as on demurrer, has often been decided in England, and was adjudged by this court in *Cooper* v. *Bissell,* 16 Johns. R. 146. Although the present statute of amendments, 2 R. S. 424, is in some respects broader than the former one, it has not cured this objection.